NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1502

WYLMINA E. HETTINGA,
J.R.L. (a minor), L.P.L. (a minor),
M.J.L. (a minor), and T.L.L. (a minor),

Plaintiffs-Appellants,

v.

JOHN ORLANDO, JUDGE DEREK WOODHOUSE,
JUDGE LESLIE NOCHOLS, STATE OF CALIFORNIA
and WALTER HAMMON,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-00253, Judge James Ware.

Before GAJARSA, Circuit Judge.

ORDER

Upon review of Wylmina Hettinga et al.'s recently docketed appeal, we consider whether Hettinga should be directed to show cause why this appeal should not be transferred.

In the United States District Court for the Northern District of California, Hettinga filed a complaint alleging various civil rights violations against the State of California and various state officials. The district court dismissed the complaint for lack of subject matter jurisdiction.

This court's jurisdiction over appeals of district court decisions is limited primarily to cases arising under the patent laws and certain suits against the United States not exceeding $10,000. See 28 U.S.C. § 1295 (a)(1), (2). It does not appear that this case

falls within our jurisdiction, based upon our review of the papers in the court's file. Thus, we direct the parties to respond whether we should transfer the appeal to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

(1)    Absent a response from Hettinga within 21 days of the date of filing of this order, the case and any pending motions will be transferred to the United States Court of Appeals for the Ninth Circuit.

(2)    The briefing schedule is stayed.

FOR THE COURT

SEP 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Wylmina E. Hettinga
       Paul T. Hammerness, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK

2009-1502                                    2